# EXHIBIT B

# HAWK '462 Claim Chart — Instant Auto Finance Inc.

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of simultaneously displaying and storing multiple video images, comprising the steps of: [12.0] | *(4:37-44)* "The present invention implements a …video monitoring system … employing display windowing software… The preferred recording medium…"<br><br>*(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical."<br><br>*(4:37–41)* "…an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | [See page 14 – MxCC User Manual]<br><br>**The MxControlCenter video management software can connect any number of cameras at any locations into a straightforward and powerful video security system with centralized or local, user-based operation and evaluation.**<br><br>**The advanced program, specifically tailored to the high-resolution MOBOTIX network cameras, offers a user-friendly interface and camera display, convenient video search, practical alarm handling, automatic camera integration, video storage on file servers and a useful configuration and update assistant.** | MOBOTIX MxControlCenter software support displaying of the video images on the screen and storing of the video images.<br><br>https://www.mobotix.com/eng_US/Support/Manuals/Software/MxControlCenter/MxControlCenter-2.5.3-User-Manual |

# HAWK '462 Claim Chart — Instant Auto Finance Inc.

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| receiving video images *at a personal computer based system* from a plurality of *one or more* sources;  [12.1] | *(Abstract, ll. 1-8)* "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>*(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | [See page 267 – MxCC User Manual] | MOBOTIX MxControlCenter software support displaying of the video images on a single screen received from the multiple cameras.<br><br>https://www.mobotix.com/eng_US/Support/Manuals/Software/MxControlCenter/MxControlCenter-2.5.3-User-Manual |

# HAWK '462 Claim Chart — Instant Auto Finance Inc.

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| digitizing~~one or more~~*any* of the images ~~if~~ not already in digital form *using an analog-to-digital converter*; [12.2] | **(Abstract, ll. 1-8)** "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>**(2:66 – 3:3)** "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression." | [See page 375 – MxCC User Manual]<br><br>**MOBOTIX-developed protocol for compression and storage of image and video data with minimal network load and high image quality. The MxPEG »ActiveX control allows video and audio data from MOBOTIX cameras to be displayed in other applications (including Internet Explorer). To date, MxPEG remains the only protocol specifically designed for security applications.**<br><br>[See page 315 – MxCC User Manual]<br><br>**Video codec:** Selects the MxPEG or M-JPEG codec for encoding video.<br><br>[See page 142 – MxCC User Manual]<br><br>MxPEG (*.mxg)<br>File Server Structure<br>MxPEG (*.mxg)<br>AVI/MPEG4 (Windows XP and newer)<br>Quick motion<br>Custom | MOBOTIX MxControlCenter software support MxPEG or MPEG4 or H.264 Encoder to convert the analog video images to digital format.<br><br>https://www.mobotix.com/eng_US/Support/Manuals/Software/MxControlCenter/MxControlCenter-2.5.3-User-Manual |

# HAWK '462 Claim Chart — Instant Auto Finance Inc.

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| displaying at least certain of the digitized images in separate windows on a *personal computer based* display device, using a first set of temporal and spatial parameters associated with each image in each window;  [12.3] | **(Abstract, ll. 1-8)**  "A PC-based system for monitoring and storing representative images from video cameras may be utilized for security or other monitoring applications. Camera inputs from digital or analog sources are individually and independently digitized and displayed at a first set of image sizes, sampling rates, and frame rates, and may be stored in digital form on various recording media at a second set of image sizes, sampling rates, and frame rates, and these two sets of sizes and rates may or may not be identical.<br><br>**(2:66– 3:3)**  "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>**(4:64-65)** "Fig. 1 shows a computer monitor display for a system configured in accordance with Mode I as listed in Fig. 15." | [See page 24 – MxCC User Manual]<br><br>[See page 315 – MxCC User Manual]<br><br>**Video codec:** Selects the MxPEG or M-JPEG codec for encoding video.<br><br>• **Resolution:** Sets the current size of the camera image.<br><br>• **JPEG Quality:** Sets the JPEG quality of the camera image.<br><br>• **Camera frame rate:** Sets the maximum frame rate of the video stream delivered by the camera.<br><br>• **Image quality:** Sets the desired image quality with regards to the frame rate:<br><br>– Quality: Delivers the best quality at lower frame rates but uses more bandwidth.<br><br>– Normal (default): Represents the best compromise for a good frame rate and quality.<br><br>– Speed: Delivers higher frame rates using less bandwidth but shows some loss in quality. | MOBOTIX MxControlCenter software support the displaying of the digitized images in different windows of the single screen in which frame rate resolution of the image can be adjusted through Encoder.<br><br>https://www.mobotix.com/eng_US/Support/Manuals/Software/MxControlCenter/MxControlCenter-2.5.3-User-Manual |

*CONFIDENTIAL*                                                                  Page 4 of 12

# HAWK '462 Claim Chart — Instant Auto Finance Inc.

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| ~~simultaneously storing the displayed images~~*converting one or more of the video source images into a data storage format* using a second set of temporal and spatial parameters associated with each image*; and [12.4]* | **(6:34– 40)** "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."<br><br>**<u>Note:</u>**<br>*The computer storage format is a "container" for the audio and video information, which is encoded in some compression codec.  Popular computer storage formats include MOV, AVI, etc.*<br><br>*This claim element deals with converting a video file which has been compressed according to some established codec (like H.264), into a computer-readable container file (like MOV, or Quicktime).* | [See page 35 – MxCC User Manual]<br><br>**MOBOTIX has developed its own compression method as MxPEG.** It requires less network load and computing power and is accordingly extremely efficient. For third parties, these MxPEG videos can be exported together with a simple viewer version of MxCC that can only be used for pure playback and viewing. However, direct export into standard formats such as AVI and M-JPEG is also available in MxCC.<br><br>[See page 373 – MxCC User Manual]<br><br>**A standard for video compression (also called AVC video or MPEG-4 Part 10). H.264 is commonly used in »HDTV video broadcasting and SIP Video applications.**<br><br>[See page 106 – MxCC User Manual]<br><br>**Continuous Recording: Stores continuous video and audio data as MxPEG clips. Recording usually uses reduced frame rates (e.g. 2 fps) and the camera can automatically increase the frame rate when the camera detects an event. Continuous recording is only available if you have sufficient storage capacity (on an SD/CF card or file server).** | MOBOTIX MxControlCenter software supports MPEG4 or H.264 Encoder which converts the video images with adjusted frame rate into different storage format.<br><br>https://www.mobotix.com/eng_US/Support/Manuals/Software/MxControlCenter/MxControlCenter-2.5.3-User-Manual |

# HAWK '462 Claim Chart — Instant Auto Finance Inc.

| Independent Claim No. 12 | HAWK USP RE43,462 E | Product Disclosure | Comments & Reference |
|---|---|---|---|
| *simultaneously storing the converted images in a storage device.  [12.5]* | *(3:64– 67)* "It is a further object of the invention to provide extended recording time for event-logging or security applications by means of either tape-based, or <u>disk-based</u>, or both tape-based and <u>disk-based data recording means</u>."<br><br>*(3:30– 40)* "Storage of images may be implemented by way of a tape back-up device, such as a DAT or 8-mm tape recorder, which are capable of storing as much as 960 hours of monitoring images, or by way of disk storage devices, preferably including removable disk drives such as magneto-optical disks or PCMCIA-compatible disk-drive modules. Images are preferably stored as a succession of data-compressed representations, corresponding to various window sizes sampled at diverse update rates; however, though the image representations need not be identical to the sizes and rates used for video monitors displaying the various images." | [See page 375 – MxCC User Manual]<br><br>**MOBOTIX-developed protocol for compression and storage of image and video data with minimal network load and high image quality. The MxPEG »ActiveX control allows video and audio data from MOBOTIX cameras to be displayed in other applications (including Internet Explorer). To date, MxPEG remains the only protocol specifically designed for security applications.**<br><br>[See page 106 – MxCC User Manual]<br><br>**Continuous Recording: Stores continuous video and audio data as MxPEG clips. Recording usually uses reduced frame rates (e.g. 2 fps) and the camera can automatically increase the frame rate when the camera detects an event. Continuous recording is only available if you have sufficient storage capacity (on an SD/CF card or file server).** | MOBOTIX MxControlCenter software consists of high-capacity video storage (SD Flash Card or hard drive) to store digitally compressed video images.<br><br>https://www.mobotix.com/eng_US/Support/Manuals/Software/MxControlCenter/MxControlCenter-2.5.3-User-Manual |

# HAWK '462 Claim Chart — Instant Auto Finance Inc.

| Dependent Claim No. 9 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 8.12, further including the step of receiving a command to set the frame rate and resolution associated with the display and storage of a particular image. [9.0] | *(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>*(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."<br><br>*(8:28– 42)* "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | **[See page 94 – MxCC User Manual]**<br>**The layouts of the display area (red frame in figure) show the video sources (usually cameras) that are displayed using the size defined by the display windows. When maximizing the application on the computer monitor, you can easily see that the size of the display windows is adjusted automatically by switching back and forth between the predefined display window sizes (Quarter PDA, PDA, CIF, VGA, Mega).**<br><br>**[See page 99 – MxCC User Manual]**<br><br>**The red frame around a live display window in a layout is the most immediate signal that a camera has triggered an alarm. Since the cameras add the red frame to the images of the transmitted video stream, cameras in grid and background layouts show the same red frame as cameras in extra (floating) Windows.** | MOBOTIX MxControlCenter video management software support externally derived operator commands such as alarm event, motion detection etc. Further, the motion detection initiates the modification in video parameters on sensing a deviation from the normal-state image scene.<br><br>https://www.mobotix.com/eng_US/Support/Manuals/Software/MxControlCenter/MxControlCenter-2.5.3-User-Manual |

# HAWK 462 Claim Chart — Instant Auto Finance Inc.

| Dependent Claim No. 9 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
|  |  | [See page 325 – MxCC User Manual] |  |

# HAWK '462 Claim Chart — Instant Auto Finance Inc.

| Dependent Claim No. 10 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 9, wherein the command is based upon an operator input. *[10.0]* | *(2:66– 3:3)* "The present invention implements an automated video monitoring system by way of a PC-based platform employing display windowing software, with camera sources being interfaced to an input circuit board which includes provisions for image data compression."<br><br>*(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions." | [See page 325 – MxCC User Manual]<br><br>[See page 327 – MxCC User Manual]<br><br>**Frame Details 3**<br><br>• **Coordinates:** This section shows the dimensions of the selected video motion window (click on such a window to activate it). Changing the values of the coordinates and the dimensions modifies the selected window accordingly. (If no video motion windows are present, click into the display area and draw a rectangle with the mouse.)<br><br>• **VM Set:** Shows to which video motion set (Video Motion 1 or 2) the selected video motion window belongs. This is also shown by the different colors of the video motion windows:<br><br>– **Video Motion 1:** White outline and background<br><br>– **Video Motion 2:** Blue outline and background<br><br>• **Motion Detection:** These options control the trigger thresholds for the selected video motion window (note that these are per-video-motion-window settings): | MOBOTIX MxControlCenter software support the change in video attributes such as spatial (sensitivity) and temporal (frame rate) parameters of images which can be varied through externally derived commands. Further, the motion detection initiates the modification in video parameters of the selected video.<br><br>https://www.mobotix.com/eng_US/Support/Manuals/Software/MxControlCenter/MxControlCenter-2.5.3-User-Manual |

*CONFIDENTIAL*                                                                                 Page 9 of 12

| Dependent Claim No. 10 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | – **Low threshold:** Sets the minimum number of pixels in the video window that needs to change from one frame to the next in order to trigger an event. Decreasing this value will make the video motion window more sensitive.<br><br>– **High threshold:** Sets the maximum number of pixels in the video window that may change from one frame to the next in order to trigger an event. You can<br><br>**[See page 328 – MxCC User Manual]**<br><br>**Sensitivity:** Sets the amount of change that must be detected in the pixels of a video motion window in order to trigger an event. Besides Low threshold, this is the second parameter for fine-tuning the triggering. By default, this value is 20 for regular video motion windows and 10 for reference windows (see below).<br><br>**[See page 277 – MxCC User Manual]**<br><br>Set the Frame rate as required.<br><br>[Event recording settings screenshot: ON/OFF Activate recording for this channel; Rec. root directory path: M:\DATA\; Rec. disk quota [MB]: 4096; Rec. max age: 0 d, 0 h; Frame rate: 12 frame per second] | |

*CONFIDENTIAL* Page 10 of 12

# HAWK '462 Claim Chart – Instant Auto Finance Inc.

| Dependent Claim No. 11 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| The method of claim 9, wherein the command is based upon an external stimulus. *[11.0]* | *(6:34– 40)* "It should be noted that there is no requirement that the image sizes or frame rates utilized for the video display match those utilized for the storage media. In practice, these two specifications may not agree, and will be determined by other factors, such as operator manipulation of the displayed image sizes or changes resulting from the detection of alarm conditions."<br><br>*(8:28– 42)* "It will be appreciated that in any of these implementations, alarm or sensor signals may be utilized to automatically re-configure the system operating mode, as, for example, increasing the frame rate or image size for an image source associated with the sensor which has initiated the alarm signal condition. As explained above, the displayed windows and image sizes may be reconfigured into an operating mode different from the reconfiguration of the digital storage mode. If desired, the operator may choose to allow the system to automatically adjust the compression ratio utilized for a particular window in response to alarm signal conditions. Alternatively, the compression ratio may be adjusted in response to the selection by the operator of a particular window for closer monitoring, by switching to an image window having larger dimensions in pixels." | [See page 325 – MxCC User Manual]<br><br>[See page 327 – MxCC User Manual]<br><br>**Frame Details 3**<br><br>• **Coordinates:** This section shows the dimensions of the selected video motion window (click on such a window to activate it). Changing the values of the coordinates and the dimensions modifies the selected window accordingly. (If no video motion windows are present, click into the display area and draw a rectangle with the mouse.)<br><br>• **VM Set:** Shows to which video motion set (Video Motion 1 or 2) the selected video motion window belongs. This is also shown by the different colors of the video motion windows:<br><br>– **Video Motion 1:** White outline and background<br><br>– **Video Motion 2:** Blue outline and background<br><br>• **Motion Detection:** These options control the trigger thresholds for the selected video motion window (note that these are per-video-motion-window settings): | MOBOTIX MxControlCenter software support the change in video attributes such as spatial (sensitivity) and temporal (frame rate) parameters of images which can be varied through externally derived commands. Further, the motion detection initiates the modification in video parameters of the selected video.<br><br>https://www.mobotix.com/eng_US/Support/Manuals/Software/MxControlCenter/MxControlCenter-2.5.3-User-Manual |

| Dependent Claim No. 11 | HAWK USP RE43,462 | Product Disclosure | Comments & Reference |
|---|---|---|---|
| | | – **Low threshold:** Sets the minimum number of pixels in the video window that needs to change from one frame to the next in order to trigger an event. Decreasing this value will make the video motion window more sensitive.<br><br>– **High threshold:** Sets the maximum number of pixels in the video window that may change from one frame to the next in order to trigger an event. You can<br><br>[See page 328 – MxCC User Manual]<br><br>**Sensitivity:** Sets the amount of change that must be detected in the pixels of a video motion window in order to trigger an event. Besides Low threshold, this is the second parameter for fine-tuning the triggering. By default, this value is 20 for regular video motion windows and 10 for reference windows (see below).<br><br>[See page 277 – MxCC User Manual]<br><br>Set the Frame rate as required.<br><br>[Screenshot: Event recording settings showing ON selected, Activate recording for this channel; Rec. root directory path: M:\DATA\; Rec. disk quota [MB]: 4096; Rec. max age: 0 d, 0 h; Frame rate: 12 frame per second (highlighted)] | |